Núm. 7639.—Olivieri, aplada. *v.* Torres et als., apltes.—C. D. San Juan. Mayo 4, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelada, examinados los memorándums de las partes, apareciendo que se ha concedido ya al apelante una prórroga que vencerá el día 27 de mayo para radicar su alegato y existiendo la posibilidad de demostrar en tal alegato que el presente recurso no carece de todo mérito, se concede al apelante un nuevo término que vencerá en mayo 27 para radicar en la corte de distrito una transcripción de las notas taquigráficas del juicio o de la vista del caso si fuese necesario y para elevar a este Tribunal una copia debidamente autenticada de la estipulación en que el juez de distrito basó su sentencia y se declara sin lugar por ahora la moción sobre desestimación.

Núm. 7550.—Las Monjas Racing Corp., aplda. *v.* Arandes & Grovas et als., apltes.—C. D. San Juan. Junio 6, 1938.

Llamada hoy para vista la moción de desestimación radicada por la apelada, comparecieron las partes por sus abogados, informando los apelantes que se allanaban a lo solicitado por la apelada. En su consecuencia se declara con lugar la moción y se desestima el recurso establecido por los demandados contra resolución dictada por la Corte de Distrito de San Juan el día 17 de junio de 1917, en el caso arriba indicado.

Núm. 7537.—Rodríguez, apldo. *v.* Mudafort, aplte.—C. D. San Juan. Junio 6, 1938.

Llamada hoy la moción para desestimar, sólo compareció el apelado por su abogado, y habiendo informado el Secretario Repórter que el apelante fué notificado con la moción y del señalamiento, se declara aquélla con lugar y en su consecuencia se desestima el recurso establecido contra sentencia dictada por la Corte de Distrito de San Juan, así como contra la resolución denegando la reconsideración de dicha sentencia.